# Third District Court of Appeal

## State of Florida

Opinion filed March 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0072
Lower Tribunal No. F15-1110
_____

**Denis Reyes,**
Appellant,

vs.

**State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.


Denis Reyes, in proper person.

James Uthmeier, Attorney General, for appellee.


Before SCALES, C.J., and MILLER and GOODEN, JJ.

PER CURIAM.

Affirmed.